# **<u>Exhibit A</u>**



United States of America
United States Patent and Trademark Office

# EYECONIC

**Reg. No. 4,328,655**  AMARTE USA HOLDINGS, INC. (DELAWARE CORPORATION)
2107 AIRPARK DRIVE
**Registered Apr. 30, 2013**  REDDING, CA 96001

**Int. Cl.: 3**  FOR: EYE COSMETICS; EYE CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-8-2012; IN COMMERCE 10-8-2012.
**TRADEMARK**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
**PRINCIPAL REGISTER**  TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-096,660, FILED 7-30-2010.

KAPIL BHANOT, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office