UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMARTE USA HOLDINGS, INC., a Delaware Corporation,

Plaintiff,

v.

KENDO HOLDINGS INC., a Delaware Corporation, MARC JACOBS INTERNATIONAL, LLC, a Delaware Limited Liability Company, SEPHORA USA, INC., a Michigan Corporation, and THE NEIMAN MARCUS GROUP LLC, a Delaware Limited Liability Corporation,

Defendants.

**CASE NO: 3:22-cv-08958-CRB**

**[~~PROPOSED~~] ORDER REGARDING APPROVAL OF FINAL SUPERSEDEAS BOND**

District Judge Charles R. Breyer

The Court has considered the parties' Joint Motion for approval of the Final Supersedeas Bond (Docket No. 236).

The Court hereby **GRANTS** the Joint Motion and approves the Final Supersedeas Bond in the amount of $1,940,000 and **ORDERS** that the final supersedeas bond shall replace the draft bond nunc pro tunc in support of the stay of execution on the attorneys' fees judgments in the total amount of $1,550,893.25 pending full and final determination of the consolidated appeal nos. 24-6099, 25-198, 25-705, and 25-2719 pending in the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED**

DATED: November 6, 2026

Hon. Charles R. Breyer
United States District Judge